1  ALEXANDER G. CALFO (SBN 152891)
     *ACalfo@yukelaw.com*
2  KELLEY S. OLAH (SBN 245180)
     *KOlah@yukelaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
     *ganderson-thompson@yukelaw.com*
4  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, CA  90071-1560
   Telephone:     (213) 362-7777
6  Facsimile:     (213) 362-7788

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC., JOHNSON &
8  JOHNSON SERVICES, INC., JOHNSON &
   JOHNSON (erroneously sued as Johnson &
9  Johnson, Inc."), and DEPUY INTERNATIONAL
   LIMITED (erroneously sued as DePuy
10 International, Ltd.")

11                **UNITED STATES DISTRICT COURT**

12      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13

14 SCOTT PRESSLER and SARAH                    CASE NO. CV12-3889-~~LB~~  EMC
   PRESSLER,
15                                              **[PROPOSED] ORDER RE STIPULATION
                  Plaintiffs,                   TO STAY PROCEEDINGS**
16
           vs.
17
   DEPUY ORTHOPAEDICS, INC., JOHNSON
18 & JOHNSON SERVICES, INC., JOHNSON
   & JOHNSON, INC., DEPUY
19 INTERNATIONAL, LTD., THOMAS P.
   SCHMALZRIED; M.D., THOMAS P.
20 SCHMALZRIED, M.D. A PROFESSIONAL
   CORPORATION; and DOES 1 through 20,
21 inclusive,

22                Defendants.

23

24

25        Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs SCOTT

26 PRESSLER and SARAH PRESSLER and Defendants DEPUY ORTHOPAEDICS, INC.,

27 JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as

28 Johnson & Johnson, Inc."), and DEPUY INTERNATIONAL LIMITED (erroneously sued as

1  DePuy International, Ltd.") (hereafter collectively "the Parties"); upon consideration of all

2  documents, files, and pleadings in this action; and upon good cause shown, it is hereby

3  ORDERED that:

4      1.      The Parties' request for a stay of proceedings is GRANTED;

5      2.      All proceedings in this action are hereby stayed, pending a decision by the Judicial

6              Panel on Multidistrict Litigation on whether this case should be transferred to *In re*

7              *DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*,

8              MDL Docket No. 2244.

9      3.      All deadlines, including any deadlines relating to a potential remand motion and

10             any outstanding responsive pleading, are extended pending entry of a Scheduling

11             Order in the MDL court addressing the sequencing and processing of future remand

12             motions.

13     PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15  Dated:  _____, 2012          _____

16                                  Hon. Laurel Beeler



IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone (213) 362-7777